■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GREGORY RAGUSA, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 15, 1963, convicting him of conspiracy as a misdemeanor, upon his plea of guilty, and imposing sentence. Judgment modified, on the law and the facts, by reducing the sentence to the time already served by defendant. In our opinion, under all the circumstances, the sentence imposed was excessive. In the interests of justice, the sentence should be reduced to the time already served and the defendant discharged. Ughetta, Christ, Hill and Rabin, JJ., concur; Beldock, P. J., dissents and votes to affirm the judgment.

■ MARION SABATINO et al., Respondents, v. IRWIN SEGAL et al., Appellants.— In a negligence action to recover damages for personal injury, loss of services, etc., defendants appeal from a judgment of the Supreme Court, Kings County, entered March 2, 1965 after a nonjury trial, in favor of plaintiffs. Judgment reversed on the law and the facts, and new trial granted, with costs to abide the event. In our opinion, the decision of the trial court was against the weight of the evidence. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.